# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 444 MAL 2017

               Respondent    :

                              :   Petition for Allowance of Appeal from

                              :   the **Published Opinion and Order** of

              v.                 :   the Superior Court at No. 524 MDA

                              :   2016, at 164 A.3d 1283 (Pa. Super.

                              :   2017) entered on June 1, 2017,

TERENCE DWIGHT FORSYTHE,       :   **reversing and remanding** the Order

                              :   of the Lycoming County Court of

            Petitioner       :   Common Pleas at No. CP-41-CR-

                              :   0001235-2015 entered on March 1,

                              :   2016

## ORDER

**PER CURIAM**                                        DECIDED:  July 2, 2019

      **AND NOW**, this 2nd day of July, 2019, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for further consideration in light of our holding in *Commonwealth v. Hlubin*, __ A.3d __, 2019 WL 2324272 (Pa. May 31, 2019).